# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MICHAEL CULCLASURE | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-1543 |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | : |

## ORDER

**AND NOW**, this 16th day of April 2019, upon considering Plaintiff's Petition for review (ECF Doc. No. 11) of the Commissioner's denial of disability insurance benefits, the record including the administrative law judge's decision, Commissioner's Response (ECF Doc. No. 14), Plaintiff's Reply (ECF Doc. No. 15), the January 28, 2019 Report and Recommendation (ECF Doc. No. 17), Plaintiff's Objections to the Report and Recommendation (ECF Doc. No. 18), Commissioner's Response to Plaintiff's Objections (ECF Doc. No. 20), and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Plaintiff's Motion and Request for review (ECF Doc. No. 11) is **GRANTED** for remand;

2. We **remand** to the Commissioner for a hearing before another properly appointed administrative law judge; and,

3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.