**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL CULCLASURE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 18-1543 |
| | : | |
| **COMMISSIONER OF THE SOCIAL** | : | |
| **SECURITY ADMINISTRATION** | : | |

# ORDER

**AND NOW**, this 15th day of June 2020, upon considering the Claimant's Motion for attorney fees (ECF Doc. No. 26), the Commissioner's Response (ECF Doc. No. 27), the Claimant's Reply (ECF Doc. No. 28), and for reasons in the accompanying Memorandum, it is **ORDERED** the Claimant's Motion for attorney fees (ECF Doc. No. 26) is **DENIED**.

_____
**KEARNEY, J.**